To,

FEDERAL COURT JUDGE
515 RUSK ST
HOUSTON TX- 77·
USA

United States Courts
Southern District of Texas
FILED

JAN 06 2021

Clerk of Court

21 CV 39

FROM,

PETER P YENDLURI
10101 SO GESSENER ROAD #415
HOUSTON TX- 77071-1156.
USA

SUBJECT:- Unlawfully Employment Termination.

Honarble Judge,

I got terminated from my INformation Technologie Position, unlawfully. I'm Seeking Justice for that. My employer name JST LLC. They Located in Austin Texas. They offer me 95K Per Annual Salary as a FULL Time employee of that company. My position and TITLE is System Administor position Supporting Military system and Data (AFWERX).
I'm Look Forward to hear from you, your Honour.

P.T.O

Yours Rescepetfully,

PETER P YENDLURI (IT System Administrator)

Website: www.Istcorp.com.

Work Email: Peter.y@Istcorp.com.
Peter.yendluri.ctr@AFWERX.AF.mil.

Work Mobile: 832-443-8917
Desk : 832-582-5499.